Submitted November 29—decided December 6, 1977

FAIRFIELD BAR COMMITTEE *v.* LESTER ESTERMAN ET AL.

The defendants' motion to set aside the judg-
ment of the trial court and to direct the rendition of
judgment for the defendants in the appeal from
the Superior Court in Fairfield County at Stamford
is denied by the court.

*Wesley W. Horton,* for the appellants (defendants).

*Gregory C. Willis,* for the appellee (plaintiff).

Argued December 6—decided December 6, 1977

The defendants' motion to strike the plaintiff's brief in the appeal from the Superior Court in Fairfield County at Stamford is denied by the court.

The defendants' motion to strike the plaintiff's appendix filed with the plaintiff's brief in the appeal from the Superior Court in Fairfield County at Stamford is denied by the court.

*Wesley W. Horton,* in support of the motions.

Submitted December 6—decided December 8, 1977